IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40969
Conference Calendar

_____

KENNETH D. FORD,

                                        Plaintiff-Appellant,

versus

JAMES A SHAW, JR., ET AL.,

                                        Defendants,

STEVEN MOORE, Sergeant; ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-699
- - - - - - - - - - -

February 9, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

    Kenneth D. Ford, Texas state prisoner #588298, appeals from
a judgment for the defendants following a jury trial on his civil
rights complaint.  Ford argues that certain evidence was
improperly admitted before the jury and that the evidence was
insufficient to support the jury's verdict.

---

    [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

    [**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Ford twice asked this court for a transcript without stating specific factual arguments supporting the issues he was presenting and the specific reasons why a transcript was necessary for proper disposition of those issues.  A judge of this court therefore denied his requests.  Because Ford has thus failed in his responsibility to provide this court with a transcript, his appeal is DISMISSED.  See Richardson v. Henry, 902 F.2d 414, 416 (5th Cir. 1990).

DISMISSED.